AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LEOBARDO ALBA-BRISENO

## WAIVER OF INDICTMENT

CASE NUMBER: 07cr3383-L

I, LEOBARDO ALBA-BRISENO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Dec. 18, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Leobardo Alba
Defendant

Candis Mitchell
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

FILED
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY